Tracy HAM, Plaintiff–Appellant,

v.

HANNIBAL REGIONAL HEALTH CARE SYSTEM, The Hannibal Clinic, Inc., Peggy Miller and Dr. Michael J. Bukstein, Defendants–Respondents.

No. 72187.

Missouri Court of Appeals, Eastern District, Northern Division.

July 28, 1998.

Roger G. Brown, Roger G. Brown & Associates, Jefferson City, Charles E. Stine, Jr., Hannibal, Josh Tolin, Tolin & Zevan, L.L.C., St. Louis, for appellant.

John B. Morthland, Wasinger, Parham, Morthland, Terrell & Wasinger, Hannibal, T. Michael Ward, Bart B. Zuckerman, Brown & James, P.C., St. Louis, for respondent.

Before CRAHAN, C.J., and HOFF and CRIST, JJ.

## ORDER

PER CURIAM.

Tracy Ham appeals from the trial court's judgment entered upon a jury verdict in favor of Dr. Michael J. Bukstein on her wrongful death claim. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

■

STATE of Missouri, Plaintiff/Respondent,

v.

Steve BARNETT, Defendant/Appellant.

No. 72645.

Missouri Court of Appeals, Eastern District, Division Two.

July 28, 1998.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RUSSELL RHODES and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Defendant, Steve Barnett, appeals from a conviction for the class A felony of first degree robbery, Section 569.020 RSMo 1994. Defendant was sentenced to ten years of imprisonment.

No jurisprudential purpose would be served by an extended opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).